Andrews v. Trostle .................. 19437
Barker v. Hamilton (City)............ 19433
Bishop v. Whitehead.................. 19435
Consolidated Oil Co. v. Cleveland...... 19424
Cinc., N. O. & T. P. Ry. Co. v. Oyler et.. 19430
Cinc. Trac. Co. v. Poehl.............. 19434
Cook v. Isaacs........................ 19432
Francis et. v. State ex............... 19425
Ferris & Nat. Sur. Co. v. State ex..... 19427
Glauber v. Paul...................... 19423
Nurmi v Cleveland (City)............. 19428
Stacey v. Fid. & Cas. Co............. 19431
Strohm et. v. Blackford.............. 19429
Swaney v. State ex................... 19426

### NEW CASES FILED

#### Nov. 18, 1925

19423—Morris H. Glauber v. Geo. J. Paul; motion for Cuyahoga Appeals to certify. Boyd, Cannon and Brooks, Cleveland, for pltf; Copeland and Quintrell, Cleveland, for deft.

19424—Consolidated Oil Co. v. City of Cleveland; motion for Cuyahoga Appeals to certify. Cook, McGowan, Toote, Bushnell and Burgess, Cleveland, for pltff; C. Shuler and J. S. Smith, Cleveland, for deft.

19425—Jesse G. Francis, et al v. State of Ohio ex rel., C. C. Crabbe, Atttorney General and on behalf of Mahoning County; motion for Mahoning County Appeals to certify. F. J. Heims, Youngstown, for pltff; C. C. Crabbe, Columbus, and W..H. Wicks, Youngstown, for deft.

19426—Hugh Swaney v. Same; same, same, same, same, same.

19427—J. Arthur Ferris and National Surety Co. v. Same, same, Same, same, same, same.

#### Nov. 19, 1925

19428—Emil Nurmi v. City of Cleveland; motion for Cuyahoga Appeals to certify. P. Stone and I. B. Fried, Cleveland, for pltf; C. Shuler and B. W. Griffin, Cleveland, for deft.

19429—John Strohm, et al v. Frank Whitney Blackford; motion for Crawford Appeals to certify. C. U. Ahl, Bucyrus, for pltf; E. J. Myers, Bucyrus, for deft.

#### NOV. 20, 1925

19430—Cincinnati, New Orleans and Texas Pacific Railway Co. v. Chas. C. Oyler and Scott S. Oyler, partners as Chas. C. Oyler and Son; motion for Hamilton Appeals to certify. Harmon, Colston, Goldsmith and Hoadley, Cincinnati, for pltf; Hightower, O'Brien and Porter, Cincinnati, for defts.

19431—Charles L. Stacey v. The Fidelity and Casualty Co. of New York; motion for Huron Appeals to certify. Young & Young, Norwalk, for pltf; Howell, Roberts and Duncan, Cleveland, for deft.

19432—Julia E. Cook v. William M. Isaacs; motion for Cuyahoga County to certify. W. D. Meals, Cleveland, for pltf; Klein, Harris and Dickman, Cleveland, for deft.

19433—Frank E. Barker v. The City of Hamilton, Ohio; motion for Butler Appeals to certify. Shotts & Millikin, Hamilton, for pltf; W. Gard, Hamilton, for deft.

#### NOV. 21, 1925

19434—Cincinnati Traction Co. v. Margaret Poehl; motion for Hamilton Appeals to certify. De Camp, Sutphin and Brumleve, Cincinnati, for pltf; C. H. Hallman, Cincinnati, for deft.

19435—Taylor M. Bishop v. Gevennie Whitehead; motion for Licking Appeals to certify. Flory & Flory, and E. Kibler, Newark, for pltf; Fitzgibbon, Montgomery and Black, Newark, for deft.

#### NOV. 23, 1925

19437—Earl Andrews v. Milton J. Trostle and Wm. H. McKee, doing business as Trostle and McKee; motion for Putnam Appeals to certify. A. A. Slaybaugh, Leipsic, for pltf; J. P. Laisure, Ottawa, and W. Trostle, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Davis, Agt. v. Oswald & Taube (OP.).. 19155
Decker v. State, (OP.)................ 19056
DuVall v. Faulkner................... 19007
Greenlee, Clerk v. McCreary ......... 19195
Greenlee, Clerk v. Cole (OP.)........ 19290
Myers v. State ...................... 19292
Ossage v. LeBlond ................... 19242
Robinson et. v. Robinson et (OP.)..... 18994
Shriver v. Greenlee, Clerk ........... 19315

### MOTION DOCKET

Albert v. Juengling & Son Co........ 19258
Briggs v. Portage Imp. Co............ 19380
Butchers Union v. Juengling, et.. 19259, 19260
Cleve. Trust Co. v. Scoble Ad.......... 19332
Dreifus v. Provident Bank Co. et 19273, 19274
Filbrun, et v. Fish .................. 19367
Goby v. Minerva Eng. Co.............. 19220
Interstate Cotton Pickers v. Stewart.... 19298
Jones v. Maumee (Vil.).............. 19295
Indust. Com. v. Conley............... 19272
Kronenberg v. Whale, ......... 19276, 19278
Menihan Co. v. Kreiter et............ 19239
Mitchell v. Smart ................... 19225
Ossage v. LeBlond ................... 19342
Walker v. Walker ................... 19339

### TUESDAY, NOVEMBER 24, 1925
#### GENERAL DOCKET

18994—James McKee, Robinson, Leroy Cochrel, etc., v. J. J. Robinson, et al; error to the Court of Appeals of Putnam county. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-3-25.